United States District Court
Eastern District of Michigan
Southern Division

United States of America                                  No. 16-20254
    Plaintiff,                                            Hon. Judith E. Levy

vs.

Edward C. Galka,
    Defendant.

_____

### Addendum to Defendant's Renewed Motion for Compassionate Release as Exhibits D1, D2, and D3

Defendant respectfully request the Court to allow an addendum to be attached to his Motion for Compassionate Release. The addendum is the Medical Record for 24 June 2020 and is to be known as Exhibit D1, D2, and D3. Defendant respectfully request the Court to allow the addendum to be attached to his Renewed Motion for Compassionate Release for the following reasons:

1. Defendant medical record for 24 June 2020 shows a weight of 313 lbs and a BMI of 40. (Exhibit D1) The United States informs the Court that the most current BMI was 32.4 dated February 2015. The Court relies on this information as a basis to dismiss his Motion for Compassionate Release.

Returns and to set a date and time for a hearing.

Dated: 5 July 2020                Respectfully submitted,

                                            /s/ Edward Giba
                                            Edward C. Giba  54381-039
                                            FCI Elkton

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: GALKA, EDWARD CHRISTOP | | | Reg #: | 54581-039 |
| Date of Birth: 10/20/1962 | Sex: M | Race: WHITE | Facility: | ELK |
| Encounter Date: 06/24/2020 09:41 | Provider: McNutt, Kathy MD | | Unit: | A03 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

    COMPLAINT 1    Provider: McNutt, Kathy MD

      Chief Complaint: Chronic Care Clinic

      Subjective:    57 yo caucasion male states his blood pressure is elevated he has not had a recent bp check but he "knows his body and can tell that it is elevated. Last BP check was intake and was 137/90. Declined enrollment in CCC and chose to control with diet and exercise. He states he has been unable with COVID lockdown and dietary changes related to management of the pandemic. He has gained 60 pounds since intake during this incarceration.

He is agreeable to enroll in CCC have labs/xrays/EKG
He would be due for FIT testing also
he has signed refusal for these in the past.

Further review of outside civilian records obtained during incarceration at other BOP facilities indicate he had stated history of pituitary tumor was evaluated by endocrinology, he was requesting supplemental testosterone but work up /testing was not completed.
LAST labs available with chart review are from APR 2019
TC 163
HDL 49
LDL 90
ASCVD calculated at 9.4%
need started on medication for bp and statin is recommended.
ASA is not likely to benefit this patient

Denies CP or SOB admits gets more winded when walking across compound but relates that to weight gain .


BP today is uncontrolled at 176/92
BMI is 40

      Pain:    Not Applicable

**Seen for clinic(s):** Hypertension
**Added to clinic(s):** Hypertension

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/24/2020 | 10:25 ELK | 78 | | | McNutt, Kathy MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/24/2020 | 10:25 ELK | 176/92 | | | | McNutt, Kathy MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 06/24/2020 | 10:25 ELK | 313.0 | 142.0 | | McNutt, Kathy MD |

**ROS Comments**

| Inmate Name: | GALKA, EDWARD CHRISTOP | | | Reg #: | 54581-039 |
|---|---|---|---|---|---|
| Date of Birth: | 10/20/1962 | Sex: M Race: WHITE | | Facility: | ELK |
| Encounter Date: | 06/24/2020 09:41 | Provider: McNutt, Kathy MD | | Unit: | A03 |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | baseline | McNutt, Kathy MD |
| | Order Date: | 06/24/2020 | | |
| Blood Pressure | Every Tues and Thurs | 10 days | | McNutt, Kathy MD |
| | Order Date: | 06/24/2020 | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart_Review | 07/08/2020 00:00 | Physician 02 |
| bp readings | | |

**Disposition:**
Follow-up at Chronic Care Clinic as Needed
Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/24/2020 | Counseling | Access to Care | McNutt, Kathy | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by McNutt, Kathy MD on 06/24/2020 11:30

Name: Gribs
REG #: 54551-021
Federal Correctional Institution Elkton
P.O. Box 10
Lisbon, OH 44432

RECEIVED
JUL 17 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

Hon Jusith E. Levy
Federal Building
200 East Liberty Room 120
Ann Arbor, MI 48104

48104-212945