AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                                          Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Michigan

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Supervised Release) |
| EDWARD CHRISTOPHER GALKA, | |
| | Case No.  16-20254 |
| | USM No.  54581-039 |
| | Sanford Plotkin |
| | *Defendant's Attorney* |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☑ was found in violation of condition(s) count(s)  1, 2, and 3  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | YOU MUST ALLOW THE PROBATION OFFICER TO VISIT YOU AT ANY TIME AT YOUR HOME OR ELSEWHERE, AND YOU MUST PERMIT THE PROBATION OFFICER TO TAKE ANY ITEMS PROHIBITED BY THE CONDITIONS OF YOUR SUPERVISION THAT HE OR SHE OBSERVES IN PLAIN VIEW | 10/12/2020 |
| 2 | HOME INCARCERATION FOR A PERIOD OF THREE MONTHS.  YOU ARE RESTRICTED TO YOUR RESIDENCE AT ALL TIMES EXCEPT FOR MEDICAL NECESSITIES AND COURT APPEARANCES OR OTHER ACTIVITIES SPECIFICALLY APPROVED BY THE COURT | 10/12/2020 |
| 3 | HOME INCARCERATION FOR A PERIOD OF THREE MONTHS.  YOU ARE RESTRICTED TO YOUR RESIDENCE AT ALL TIMES EXCEPT FOR MEDICAL NECESSITIES AND COURT APPEARANCES OR OTHER ACTIVITIES SPECIFICALLY APPROVED BY THE COURT | 10/8/2020 |

The defendant is sentenced as provided in pages 2 through  8  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  4  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  1686

Defendant's Year of Birth:  1962

City and State of Defendant's Residence:
Rochester Hills, Michigan

10/27/2020
*Date of Imposition of Judgment*

s/Judith E. Levy
*Signature of Judge*

Judith E. Levy, U.S. District Judge
*Name and Title of Judge*

10/29/2020
*Date*

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 8

DEFENDANT: EDWARD CHRISTOPHER GALKA,
CASE NUMBER: 16-20254

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

1 month.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page 3 of 8

DEFENDANT: EDWARD CHRISTOPHER GALKA,
CASE NUMBER: 16-20254

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

REVOKED, 35 months supervised release following custodial sentence.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 3A — Supervised Release

Judgment—Page 4 of 8

DEFENDANT: EDWARD CHRISTOPHER GALKA,
CASE NUMBER: 16-20254

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____ Date _____

Judgment—Page 5 of 8

DEFENDANT: EDWARD CHRISTOPHER GALKA,
CASE NUMBER: 16-20254

## SPECIAL CONDITIONS OF SUPERVISION

☐ The defendant shall participate in the home confinement program for a period of _____.
　☐ The cost of electronic monitoring is waived.

☒ The defendant shall make monthly payments on any remaining balance of the:
　☒ restitution,　☐ fine,　☐ special assessement
　at a rate and schedule recommended by the Probation Department and approved by the Court.

☒ The defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.

☒ The defendant shall provide the probation officer access to any requested financial information.

☒ The defendant shall participate in a program approved by the Probation Department for mental health counseling.
　☐ If necessary.

☒ The defendant shall participate in a program approved by the Probation Department for substance abuse, which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol.
　☒ If necessary.

**Additional Terms of Special Conditions:**

All conditions and special conditions previously imposed remain in effect except for original special conditions for location monitoring, which are to be replaced with the following:

The defendant must serve the first 8 months (240 days) in a Residential Reentry Center (RRC). The defendant may leave the RRC for employment, medical appointments, and court appearances. Social passes are not permitted. The Court requests that subsistence be waived.

Upon completion of the RRC requirement, the defendant will be monitored by the form of location monitoring technology indicated below for a period of 90 consecutive days and must follow the rules and regulations of the location monitoring program. The defendant must pay the costs of the program ($4.17 per day).
　_x_ GPS Monitoring (including hybrid GPS)
　_x_ You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer (Home Detention).

Upon completion of 90-days GPS monitoring, the defendant will be monitored by the form of location monitoring technology indicated below for the remainder of his term of supervision and must follow the rules and regulations of the location monitoring program. The defendant must pay the costs of the program ($4.17 per day GPS, $3.62 per day RF).
　_x_ Location monitoring technology at the discretion of the probation officer
　_x_ You are restricted to your residence every day at the discretion of the probation officer (Curfew).

Judgment — Page 6 of 8

DEFENDANT: EDWARD CHRISTOPHER GALKA,
CASE NUMBER: 16-20254

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 300.00 | $ 342,775.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| State of MI - Unemployment Insurance Agency 3024 West Grand Boulevard Suite 12-450 Detroit, MI 48202 |  | $342,775.00 |  |
| TOTALS | $ 0.00 | $ 342,775.00 |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the ☐ fine ☑ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
　　　　　　　　　　Sheet 6 — Schedule of Payments

Judgment — Page  7  of  18

DEFENDANT: EDWARD CHRISTOPHER GALKA,
CASE NUMBER: 16-20254

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☑ Lump sum payment of $ 300.00 due immediately, balance due

　　　☐ not later than _____ , or
　　　☑ in accordance with ☐ C,　☐ D,　☐ E, or　☑ F below); or

**B** ☐ Payment to begin immediately (may be combined with ☐ C,　☐ D, or　☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

　　The defendant shall make monthly installment payments on any remaining balance of the (restitution and special assessment) at a rate and schedule recommended by the probation department and approved by the Court.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
　　　　　　　　　　　Sheet 6B — Schedule of Payments

Judgment—Page 8 of 8

DEFENDANT: EDWARD CHRISTOPHER GALKA,
CASE NUMBER: 16-20254

## ADDITIONAL FORFEITED PROPERTY

Pursuant to Fed. R. Crim. P. 32.2, 18 U.S.C. Section 981(a)(1)(C) and 28 U.S.C. Section 2461(c), defendant shall forfeit to the United States Forty Seven Thousand Eight Hundred Sixty Five Dollars ($47,865.00) in U.S. Currency seized by the FBI from Encore Building, Inc. Forfeiture Money Judgment. In addition, defendant shall pay the United States Three Hundred Forty Two Thousand Seven Hundred Seventy Five Dollars ($342,775.00). The amount owed by defendant on the money judgment will be reduced by the amount of funds that are successfully and finally forfeited to the United States.

The Preliminary Order of Forfeiture entered by the Court on 9/27/17 (Doc # 60) is incorporated herein by this reference.