MIE 1A
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
для
Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

GALKA, Edward Christopher          Crim. No.:  16CR20254-01

On 12/14/2020 the Court held a Status Conference regarding the offender's reported health condition. The Court ordered the offender to be continued on Supervised Release until the scheduled termination date, but modified the special conditions. All other conditions of the sentence remain in effect.

 X   The following special conditions of supervision are modified:

    REMOVE: The defendant must serve the first 8 months (240 days) in a Residential Reentry Center (RRC). The defendant may leave the RRC for employment, medical appointments, and court appearances. Social passes are not permitted. The Court requests that subsistence be waived.

    ADD: The defendant shall participate in the Location Monitoring Program for 8 months and abide by all the requirements of the program.  Technology at the discretion of the probation office. Home Detention: The defendant is restricted to his residence at all times, with the exception of: employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as approved in advance by the probation officer.  The costs of the program are waived.

                                                  Respectfully submitted,

                                                  s/David Smith
                                                  David  Smith
                                                  Senior United States Probation Officer

## ORDER OF THE COURT

    Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

    Dated this 15th Day of December, 2020.

                                                  s/Judith E. Levy
                                                  Honorable Judith E. Levy
                                                  United States District Judge