MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

       v.

GALKA, Edward Christopher              Crim. No.: 16CR20254-01

On 02/04/2021 the Court held a Status Conference based on a petition from the offender to terminate Supervised Release. The Court denied the offender's request and continued Supervised Release, while modifying the Special Conditions of supervision as follows:

**Remove:**

1. The defendant shall participate in the Computer/Internet Monitoring Program (CIMP) administered by the United States Probation Department. The defendant shall abide by the Computer/Internet Monitoring Program Participant Agreement in effect at the time of supervision and comply with any amendments to the program during the term of supervision. Due to the advances in technology, the Court will adopt the amendments to the Computer/Internet Monitoring Program as necessary. For the purpose of accounting for all computers, hardware, software and accessories, the defendant shall submit his/her person, residence, computer and/or vehicle to a search conducted by the U.S. Probation Department at a reasonable time and manner. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. The defendant shall provide the probation officer with access to any requested financial information including billing records (telephone, cable, internet, satellite, etc.).

**Add:**

1. You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under his control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.

2. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). If necessary.

3. The defendant shall take all medications as prescribed by a physician whose care he is under, including a psychiatrist, in the dosages and at the times proposed. If the defendant is prescribed a medication, he shall take it, and the defendant shall not discontinue medications against medical advice.

        Respectfully submitted,

        s/David Smith
        David Smith
        Senior United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 5th Day of February, 2020.

        s/Judith E. Levy
        Honorable Judith E. Levy
        United States District Judge