# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                                                  Cr. No. 16-20254

**v.**                                                   Hon. Judith Levy

**EDWARD GALKA,**

        **Defendant.**

___

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES SANFORD PLOTKIN, counsel of record for Edward Galka, Defendant herein, and respectfully moves this Honorable Court to Withdraw as Counsel, and in support, states in follows:

1. Defendant was charged in an Indictment with various fraud-related offenses.

2. Counsel represented the Defendant in the underlying matter, as well as a subsequent compassionate release motion.

3. Undersigned counsel has remained counsel for Mr. Galka in several subsequent violation-related proceedings.

4. Counsel has made a good-faith effort to continue representation.

5. Counsel is now, however, convinced that he can no longer effectively communicate with the defendant, or render effective assistance of counsel to the Defendant.

6. It is apparent to counsel, though not Defendant, that he and Mr. Galka cannot engage in any form of meaningful or effective communication, making it impossible for counsel to render effective representation to the Defendant.

7. Defendant Galka does object to counsel's request to withdraw.  However, after much thought, counsel has reached this conclusion and does feel it is in the best interests of Mr. Galka to receive fresh legal advice should the need arise in the near future.

8. Substitution of counsel is necessary in order to avoid a miscarriage of justice.

**WHEREFORE,** counsel for Defendant respectfully requests that this Honorable Court enter an Order allowing him to withdraw from the representation of Defendant, effective forthwith.

        **Respectfully Submitted,**

        **s/Sanford Plotkin**
        SANFORD PLOTKIN (P38691)
        30445 Northwestern Hwy., Ste. 225
        Farmington Hills, MI  48334
        248-798-5756
        sanfordplotkin@gmail.com

February 8, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the above motion has been effectuated on all counsel of record via electronic email, as well as to the Defendant via email on February 8, 2021.

s/Sanford Plotkin