# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Crim. No.: 16-20254
                                 Honorable Judith E. Levy
v.                                Magistrate Judge Anthony P. Patti

EDWARD C. GALKA,

        Defendant.

## ORDER OF DETENTION PENDING SUPERVISED RELEASE HEARING

On March 24, 2022, Defendant was brought before the Undersigned judicial officer for a detention hearing, pending his supervised release violation (SRV) hearing before Judge Judith E. Levy on April 12, 2022. After placing its reasoning on the record, <u>all of which is hereby incorporated by this reference as though fully restated herein</u>, the Court finds: (1) pursuant to 18 U.S.C. 3142(d)(2), that the defendant was placed on supervised release on November 9, 2020 for a period of 3 years, after serving slightly more than 3 years incarceration on a federal conviction for aggravated identity theft, wire fraud and theft of government money; (2) that he may flee or pose a danger to any other person or the community; (3) pursuant to Rule 32.1(b)(1)(B), there is probable cause to believe that a major violation of supervised release has occurred through the commission of attempted unemployment insurance fraud via a retroactive Pandemic Unemployment Assistance claim utilizing a sham

company he used in prior fraud schemes; (4) pursuant to 18 U.S.C. 3142(e)(2), that no condition or combination of conditions can reasonably assure Defendant's appearance for the upcoming hearing before Judge Levy, his own safety or the safety of the community; and, (5) pursuant to Rule 32.1(a)(6), Defendant has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of other persons in the community if released. He appears undeterred by his prior incarceration or the current supervision. Moreover, Defendant made threats to the U.S. Marshals Service when being transported to answer for these charges, became physical with the deputy at the courthouse and had to be physically taken down in the jail cells. Defendant appears unstable and with no intention of refraining from his fraudulent activities, with a prior history of fleeing (including at sentencing, at which time he also attempted to defraud the Court), and newly discovered significant assets that could be used to flee. He also has a prior history of carrying out threats by taking revenge against a former employer through identity theft, and, per his original detention order, "was also convicted of fleeing and eluding, and of escape from felony jail sentence; both of these convictions were in 2001 and both were committed while Galka was on probation." (ECF No. 10, PageID.24.) His probation officer recommends detention, believing that he cannot be supervised. Accordingly, Defendant is placed in the custody of the United States Marshal Service and hereby **DETAINED** until Judge Levy considers his supervised

release charges.

**IT IS SO ORDERED.**

Dated: March 25, 2022
Detroit, Michigan

_____
ANTHONY P. PATTI
United States Magistrate Judge