UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jan 23, 2023
DEBORAH S. HUNT, Clerk

No. 22-1324

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

EDWARD CHRISTOPHER GALKA,

    Defendant-Appellant.

Before: BOGGS, THAPAR, and READLER, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Ann Arbor.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the motion to remand is GRANTED and the judgment of the district court is VACATED and REMANDED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk